# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2650

_____

| | | |
|---|---|---|
| David K. Crayton, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Cardinal Building Materials, Inc., | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: June 19, 2000

Filed: June 29, 2000

_____

Before WOLLMAN, Chief Judge, FAGG and BOWMAN, Circuit Judges.

_____

PER CURIAM.

David K. Crayton sued his former employer, Cardinal Building Materials, Inc. (Cardinal), claiming he was fired because of his race in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e) et seq. The district court granted summary judgment to Cardinal and Crayton appeals. Having carefully reviewed the record and the parties' submissions, we conclude an extended discussion is not warranted and affirm for the reasons stated in the district court's opinion. See 8th Cir. R. 47B.

Cardinal's motion for sanctions against pro se appellant Crayton is denied. Crayton's motions for oral argument and to strike Cardinal's "Affidavit and Employee Warning Record" are also denied.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.